# EXHIBIT 2

Web Page Printout

back to calendar ›

# LOTUS LAND - "THE AMERICAN RUSH TRIBUTE"

Share this event:

**INFINITY HARTFORD**

**DETAILS**

Sat, August 29, 2015
Hartford, CT
Show at 8 PM

**TICKET INFO**

Price: $24 - $39

buy tickets ›

**GENRE**

Rock / Tribute Band





This is the rescheduled date. If you have tickets to the original July show pleases contact our box office at 866-666-6306. Your tickets will be honored for this show.

Rush is an extremely difficult band to pay tribute to, but within 15 seconds of the video clip, you'll agree Lotus Land has got everything covered from the soaring heights of Geddy Lee's vocals to the rumbling lows of Neil Peart's drums. If you're into progressive rock, you do not want to miss this show!!

## Lotus Land

**CONNECT WITH THIS ARTIST:**   www.lotuslandband.com  

Video:

Lotus Land RUSH Tribute Band performing The Spirit of Radio



## Artist Bio

With an unparalled performance, The American RUSH Tribute **Lotus Land** brings the force of live Rush to life on stage. Enjoyed by die-hard Rush fans, musicians and casual music listeners alike, the Lotus Land experience has been heralded as the ultimate celebration of RUSH's musical craftsmanship and spirited performances. With the true set up and sound of the Canadian power trio, Lotus Land delivers the thrill that people expect when they see Rush in concert. Their performances have wowed sold-out houses in New England's premiere concert venues and casinos and their fan-base continues to grow nationally and internationally. From as far south as the Dominican Republic, to as far north as Toronto Canada as winners of RUSHCON 2012 & 2014.

To highlight their musical career so far, the band had the opportunity to work with D&E Entertainment to perform during the premier of the award-winning documentary Rush: Beyond the Lighted Stage. The band's success that night secured them as the nation's premier Rush tribute band.

Lotus Land – Chris Nelson, Bob Chartrand and Mark Dalton - has had their share of notable gigs. Nelson was the guitarist for Herb Reed and the Platters for fifteen years and has also played with: DD Martin, Anthony Vitti, The Drifters, The Coasters and Jon Finn. Chartrand and Dalton teamed up early on for two original ventures, The Lye and Shiny Green Flies, sharing the stage with ELO II and The Alarm. Lotus Land drummer Mark Dalton says – "We strive to be the closest thing musically to Rush that anyone has yet heard. When all is said and done, we hope to bring you the music of Rush with a live sound as big and true to form as can be heard anywhere."



buy tickets FOR THIS SHOW ›

### OTHER SHOWS YOU MAY BE INTERESTED IN:



An Acoustic Evening With Rich Robinson of the Black Crowes with David O'Grady



The Allman Neville Pitchell Band



The Bacon Brothers with Special Guest Kathryn Gallagher