# EXHIBIT 12

Web Page Printout



| BOX OFFICE 866.666.6306 | Home | About | Contact | Search |

venues  bistros  calendar  plan your visit  shop


back to calendar ›

# SOFT PARADE - THE WORLD'S #1 DOORS TRIBUTE

### INFINITY NORFOLK

**DETAILS**
Sat, April 18, 2015
Norfolk, CT
Show at 8 PM

**TICKET INFO**
Price: $29 - $44

buy tickets ›

**GENRE**
Classic Rock / Tribute Band





### INFINITY BISTROS



Enjoy dinner and a show at one of our locations.

reservations ›   menus ›

### INFINITY NORFOLK



The Soft Parade is revered worldwide as THE premiere Doors tribute show. They play and recreate, with stunning accuracy, the primal, poetic atmosphere of a vintage Doors for today's audiences - the theatrical, poetic, primal atmosphere of a live Doors conce

Seeing The Soft Parade is like reliving the legendary concerts Jim Morrison and The D hairstyles - watching The Soft Parade is as close to seeing the Doors as anyone can p hauntingly authentic that critics and fans continually use words like "eerie" and "chilling YORK TIMES summed their impressions by saying, "The Soft Parade's show is so eerily convincing, often causing the audience to temporarily suspend it's disbelief".

**The New York Times quote reads; "The Soft Parade's show is so eerily convincing, often causing the audience to temporarily suspend its disbelief".**

# Soft Parade - The World's #1 Doors Tribute Band

| CONNECT WITH THIS ARTIST: | [www.thesoftparade.com](#) f |

## Video:

Sorry, the Wayback Machine does not have this video archived.

## Artist Bio

In today's world where the appetite for celebrity knows no limits, the by-now familiar concept of the "tribute band," frankly, deserves cautious approach.

But The Soft Parade is something unique and special...

Welcome to The Soft Parade... *Celebrating Our 20th Anniversary!  1990-2010*.

The Soft Parade is revered worldwide as THE premiere Doors tribute show. They recreate, with stunning accuracy, the primal, poetic atmosphere of a vintage Doors concert.

The Soft Parade has toured 20 countries, been joined onstage by original Doors guitarist Robby Krieger and has performed hundreds of concerts worldwide. Their impeccable reputation and loyal international following has enabled them this year to celebrate their 20TH Anniversary!

The Soft Parade is:

Joe Russo - Vocals
Roy Weinberger - Drums
Mike Abel - Keyboards
Joe Bilotti - Guitars

The Soft Parade was formed in 1990 by lead vocalist Joe Russo. His goal was to re-create - for today's audiences - the theatrical, poetic, primal atmosphere of a live Doors concert.

He has succeeded. The Soft Parade stands as the most fascinating, convincing example of a tribute performance there could ever be.

Seeing The Soft Parade is like reliving the legendary concerts Jim Morrison and The Doors performed over 30 years ago. The Soft Parade is internationally recognized as one of the most authentic, realistic tribute bands working today. From the vintage musical instruments and sound equipment right down to stage clothing and hairstyles - watching The Soft Parade is as close to seeing the Doors as anyone can possibly get.

The show is so hauntingly authentic that critics and fans continually use words like "eerie" and "chilling" to define the experience. The NEW YORK TIMES summed their impressions by saying, "The Soft Parade's show is so eerily convincing, often causing the audience to temporarily suspend it's disbelief".

But the excitement of The Soft Parade must be seen.

Photographs can only hint at the uncanny physical resemblance Joe Russo bears to Jim Morrison. The voice, the emotional abandon of his performance, the potent sexual charisma, is so genuine and intense that audiences are held spellbound.

The Notion to create a band that eventually became The Soft Parade started as an idea Joe Russo had: "I saw it as a viable way to begin my career as a performer", he says. The eventual formation of The Soft Parade in 1990 was a culmination of several factors coming together at the right time. "I always knew I would become a performer and a singer. It was a desire and ambition I've had since I was a boy. I knew that performing the music of the Doors was something I could make successful. I decided to take my musical ambition and put it together with the affinity I had for the music of the Doors. I combined that with my natural similarities to Jim Morrison. Then I developed a concept for a show. It had to be something special, something that would do justice to the incredible power the Doors had on stage. "

It is this focus, talent and expertise that has made The Soft Parade the number one Doors tribute in the world. And their success is not confined to the United States and Canada. They have toured in over 20 countries. They have an enormous following in Europe, particularly in Germany, Holland and France. They are also one of the only tribute bands to tour successfully in Israel. A highlight of their  trip to France was when original Doors' guitarist Robby Krieger joined the band on stage. Together they wowed a sold-out crowd of 2,000 Doors fans, many of whom surely felt as though they had been transported through some kind of time-warp.

The Soft Parade also has the distinction of being the only tribute show to be invited to perform at the 2003 Bonnaroo Festival and the Woodstock 25th Anniversary Festival in Bethel, New York. There, at the original site of the original 1969 Woodstock concert, the Soft Parade joined such luminaries as Mountain, Canned Heat, and Country Joe MacDonald.

Following a set by the legendary Richie Havens, the Soft Parade took the stage and burned through a set that, according to the former Young Rascals member Eddie Brigati, "stole the show".

Fronting the Soft Parade is amazing lead singer Joe Russo. He looks Morrison. He moves Morrison. And most importantly, he sings Morrison. His dreamy yet menacing performance invokes a myriad of emotional shockwaves which he creates with the support of three astounding musicians.

Drummer Roy Weinberger pounds his Ludwig drums with the same unique, jazz- oriented stylings created by John Densmore.

Keyboardist Mike Abel, intensely hunched over his vintage Gibson keyboard and Fender piano bass, captures the fluid rhythms of Ray Manzare

Guitarist Joe Bilotti plays his Gibson SG, reproducing the same strange, unearthly sounds and unconventional style of Robby Krieger.

Together these musicians have captured the magic and majesty of a past era. They have mastered a repertoire of over 50 Doors classics. Wherever they perform, The Soft Parade draws massive audiences from the Doors' diverse worldwide following. When they play, something unique and entrancing starts to happen that draws crowds from all age groups that come to experience something many of them were too young to witness firsthand.


buy tickets

## OTHER SHOWS YOU MAY BE INTERESTED IN:



Tusk - The Ultimate Fleetwood Mac Tribute



Dave Mason's Traffic Jam - RESCHEDULED DATE



The Spirit of Johnny Cash

## CONTACT

Box Office (TOLL-FREE)
1.866.666.6306
Fax 860.542.5076
boxoffice@infinityhall.com

## GET TO KNOW US

Policies & FAQs
Gift Cards
Stars Membership Clubs

## PLAN YOUR VISIT

Driving Directions & Parking
Area Attractions
Where to Stay

## CONNECT WITH US

    

SIGN UP FOR EMAILS

Bistro Reservations

860.542.5531 NORFOLK

860.560.7757 HARTFORD

For Artists, Managers, & Agents

For Sponsors & Partners

Job/Volunteer Opportunities

Media Inquiries

Infinity in the News

Infinity Hall Live Inquiry Form

Menus

Make Reservations

VENUE INFO

Infinity Hartford

Infinity Norfolk

We'll keep you informed about our new & upcoming shows.

Email Address

Become an Infinity STAR MEMBER ›

Privacy Policy    Terms of Use    Site Map    Mobile Site



5 captures
16 Dec 14 - 14 Sep 15

http://www.infinityhall.com/Events/soft-parade-the-world39s-1-doors-tribute-band-4  Go

DEC
2014