# EXHIBIT 13

Web Page Source Code

```
<!doctype html>
<html>
<head>
<meta http-equiv="X-UA-Compatible" content="IE=Edge">
<meta charset="UTF-8">
<meta content="maximum-scale=2.0, user-scalable=yes, initial-scale=1" name="viewport">
<title>Soft Parade - The World&#39;s #1 Doors Tribute Band in Norfolk, CT (4/18/2015) - Infinity Music Hall</title>
<script type="text/javascript" src="https://use.typekit.com/frv8hsa.js"></script>
<script type="text/javascript">try { Typekit.load({ async: true }); } catch (e) { }</script>
<meta name="keywords" content="Soft Parade - The World&#39;s #1 Doors Tribute Band">
<meta name="description" content="Soft Parade - The World&#39;s #1 Doors Tribute Band is performing live at Infinity Music Hall Norfolk, CT on 4/18/2015">
<link rel="stylesheet" href="/includes/style.css">
<link rel="stylesheet" href="/includes/style_print.css" media="print">
<script type="text/javascript" src="http://deon4idhjbq8b.cloudfront.net/centralized/cmsv4/js/jquery/latest/jquery.min.js">
</script>
<script type="text/javascript" src="/includes/pageLoad.js"></script>
<script type="text/javascript">
$(document).ready(function () {
$('.thumbs a').click(function (e) {
e.preventDefault();
var newSrc = $(this).find('img').attr('src').replace('/Thumb/', '/Full/');
$('#mainImage').attr('src', newSrc);
});
if (window.location.hash == '#video' && $("div.videoWrapper").size() > 0) {
//scroll to first video
$('html, body').animate({
scrollTop: $("div.videoWrapper:first").offset().top - 50
}, 400);
}
});
</script>
<!--[if lte IE 8]>
<link rel="stylesheet" href="/includes/style-ie8.css">
<script src="//html5shiv.googlecode.com/svn/trunk/html5.js"></script>
<![endif]-->
<script>
(function(i,s,o,g,r,a,m){i['GoogleAnalyticsObject']=r;i[r]=i[r]||function(){
(i[r].q=i[r].q||[]).push(arguments)},i[r].l=1*new Date();a=s.createElement(o),
m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.parentNode.insertBefore(a,m)
})(window,document,'script','//www.google-analytics.com/analytics.js','ga');
ga('create', 'UA-7897091-2', 'auto');
ga('require', 'linkid', 'linkid.js');
ga('send', 'pageview');
</script>
<script language="javascript"
src="https://s3.amazonaws.com/images.inticketing.com/www.inticketing.com/images/_ticketingRouteWithReferrer.js"></script>
<script type="text/javascript">
setTimeout(function(){var a=document.createElement("script");
```

```
var b=document.getElementsByTagName("script")[0];
a.src=document.location.protocol+"//script.crazyegg.com/pages/scripts/0028/7960.js?"+Math.floor(new Date().getTime()/3600000);
a.async=true;a.type="text/javascript";b.parentNode.insertBefore(a,b)}, 1);
</script>
</head>
<body class="artistDetail">
<div class="header">
<aside><a id="skipNavigation" href="#content" tabindex="0">Skip Navigation</a></aside>
<div class="wrap">
<header>
<a href="/" id="brand" title="Infinity Music Hall & Bistro"><img src="/images/infinity-hall-logo@2x.png" alt="Infinity Music Hall & Bistro"/></a>
<nav id="ancillary">
<form action="/Search/" method="post">
<input type="hidden" name="FormAction" value="Search"/>
<span class="boxOffice"><a href="tel:866.666.6306"><strong>Box Office</strong>  866.666.6306</a></span>
<ul><li><a href="/" target="_self">Home</a></li><li><a href="/About/" target="_self">About</a></li><li><a href="/ContactForm/" target="_self">Contact</a></li></ul>
<section class="search">
<input type="text" name="all" placeholder="Search"/>
<input type="image" alt="Search" src="/images/search@2x.png">
</section>
</form>
</nav>
</header>
<nav id="mainnav">
<ul><li><a href="/Venues/" target="_self" class="Menu">Venues</a></li><li><a href="/Bistros/" target="_self" class="Menu">Bistros</a></li><li class="on"><a href="/Events/" target="_self" class="Menu">Calendar</a></li><li><a href="/Plan_Your_Visit/" target="_self" class="Menu">Plan Your Visit</a></li><li><a href="http://infinityhallmerch.myshopify.com/" target="_blank" class="Menu">Shop</a></li></ul>
<aside id="megaMenu" style="display:none;">
<nav id="megaVenues" class="megaContainer" style="display:none;">
<ul class="col">
<li><a href="/Venues/Infinity-Hartford/" class="hartford">Infinity Hartford</a>
<ul>
<li><a href="/Venues/Infinity-Hartford/Music-Hall/">Music Hall</a></li>
<li><a href="/Bistros/">Bistro</a></li>
<li><a href="/Plan_Your_Visit/Where-to-Stay/Hartford/">Hartford Hotels & Accommodations </a></li>
<li><a href="/PhotoGalleryHartford/">Gallery</a></li>
<li><a href="/Venues/Infinity-Hartford/Seating-Chart/">Seating Chart</a></li>
</ul>
</ul>
<ul class="col">
<li><a href="/Venues/Infinity-Norfolk/" class="norfolk">Infinity Norfolk</a>
<ul>
<li><a href="/Venues/Infinity-Norfolk/Music-Hall/">Music Hall</a></li>
<li><a href="/Bistros/">Bistro</a></li>
<li><a href="/Plan_Your_Visit/Where-to-Stay/Norfolk/">Norfolk Hotels & Accommodations</a></li>
<li><a href="/PhotoGalleryNorfolk/">Gallery</a></li>
<li><a href="/Venues/Infinity-Norfolk/Seating-Chart/">Seating Chart</a></li>
</ul>
```

```
</ul>
</nav>
<nav id="megaPlanYourVisit" class="megaContainer" style="display:none;">
<ul class="col">
<li><a class="hartford">Infinity Hartford</a>
<ul>
<li><a href="/DrivingDirections/infinity-hall-hartford-hartford-ct/">Driving Directions & Parking</a></li>
<li><a href="http://www.opentable.com/infinity-bistro-reservations-norfolk" target="_blank">Make Bistro Reservations</a>
</li>
<li><a href="/Plan_Your_Visit/Area-Attractions/Hartford/">Area Attractions</a></li>
<li><a href="/Plan_Your_Visit/Where-to-Stay/Hartford/">Where to Stay</a></li>
</ul>
</li></ul>
<ul class="col">
<li><a class="norfolk">Infinity Norfolk</a>
<ul>
<li><a href="/DrivingDirections/infinity-hall-norfolk-norfolk-ct/">Driving Directions & Parking</a></li>
<li><a href="http://www.opentable.com/infinity-bistro-reservations-norfolk" target="_blank">Make Bistro Reservations</a>
</li>
<li><a href="/Plan_Your_Visit/Area-Attractions/Norfolk/">Area Attractions</a></li>
<li><a href="/Plan_Your_Visit/Where-to-Stay/Norfolk/">Where to Stay</a></li>
</ul>
</li></ul>
</nav>
</aside>
</nav>
</div>
</div>
<main>
<div class="wrap">
<div id="content">
<a href="/Events/" class="backToCalendar fancyButton">back to calendar &#8250;</a>
<h1>Soft Parade - The World&#39;s #1 Doors Tribute Band
<div class="shareIcons">
<p>Share this event:</p>
<a target="_blank" class="shareFacebook" href="https://www.facebook.com/sharer/sharer.php?
u=http%3a%2f%2fwww.infinityhall.com%2fEvents%2fsoft-parade-the-world39s-1-doors-tribute-band-4-18-2015%2f"></a>
<a target="_blank" class="shareTwitter" href="https://twitter.com/share?
url=http%3a%2f%2fwww.infinityhall.com%2fEvents%2fsoft-parade-the-world39s-1-doors-tribute-band-4-18-2015%2f"></a>
<a target="_blank" class="shareLinkedin" href="http://www.linkedin.com/shareArticle?
mini=true&amp;url=http%3a%2f%2fwww.infinityhall.com%2fEvents%2fsoft-parade-the-world39s-1-doors-tribute-band-4-18-
2015%2f"></a>
<a target="_blank" class="shareGoogle" href="https://plus.google.com/share?
url=http%3a%2f%2fwww.infinityhall.com%2fEvents%2fsoft-parade-the-world39s-1-doors-tribute-band-4-18-2015%2f"></a>
</div>
</h1>
<div class="showOverview">
<article class="norfolk">
<h1>Infinity Norfolk</h1>
<section>
<h1>DETAILS</h1>
<p>Sat, April 18, 2015<br>
```

Norfolk, CT<br>
Show at 8 PM</p>
</section>
<section>
<h1>Ticket INFO</h1>
<p>Price: $29 - $44 </p>
<p><a href="http://infinityhall.inticketing.com/events/446911" class="button" target="new">buy tickets ›</a></p>
</section>
<section>
<h1>GENRE</h1>
Classic Rock / Tribute Band
</section>
</article>
<div></div>
</div>
<p>The Soft Parade is revered worldwide as THE premiere Doors tribute show. They play all the hits, some deep album cuts and recreate, with stunning accuracy, the primal, poetic atmosphere of a vintage Doors concert. His goal was to re-create –  for today's audiences - the theatrical, poetic, primal atmosphere of a live Doors concert.<br/><br/>Seeing The Soft Parade is like reliving the legendary concerts Jim Morrison and The Doors right down to stage clothing and hairstyles - watching The Soft Parade is as close to seeing the Doors as anyone can possibly get.   The show is so hauntingly authentic that critics and fans continually use words like "eerie" and "chilling" to define the experience. The NEW YORK TIMES summed their impressions by saying, "The Soft Parade's show is so eerily convincing, often causing the audience to temporarily suspend it's disbelief".</p>
<p> </p>
<p><strong>The New York Times quote reads; “The Soft Parade’s show is so eerily convincing, often causing the audience to temporarily suspend its disbelief”.</strong></p>
<h2>Soft Parade - The World's #1 Doors Tribute Band</h2>
<section class="connect">
<h1>Connect with this artist:</h1>
<a href="https://www.facebook.com/DoorsTributeTSP" target="_blank"><img src="/images/icons/32x32/facebook-grey.png" width="16" height="16" alt=""/></a><a href="http://www.thesoftparade.com" target="_blank">www.thesoftparade.com</a>
</section>
<h3>Artist Bio</h3>
<p>In today's world where the appetite for celebrity knows no limits, the by-now familiar concept of the "tribute band," frankly, deserves cautious approach.</p>
<p>But The Soft Parade is something unique and special...</p>
<p>Welcome to The Soft Parade... <i>Celebrating Our 20th Anniversary!  1990-2010</i>.</p>
<p>The Soft Parade is revered worldwide as THE premiere Doors tribute show. They recreate, with stunning accuracy, the primal, poetic atmosphere of a vintage Doors concert.</p>
<p>The Soft Parade has toured 20 countries, been joined onstage by original Doors guitarist Robby Krieger and has performed hundreds of concerts worldwide. Their impeccable reputation and loyal international following has enabled them this year to celebrate their 20TH Anniversary!</p>
<p>The Soft Parade is:</p>
<blockquote>
<p><a href="http://www.thesoftparade.com/aboutband.htm#Russo">Joe Russo</a> - Vocals<br/> <a href="http://www.thesoftparade.com/aboutband.htm#Roy">Roy Weinberger</a> - Drums<br/> <a href="http://www.thesoftparade.com/aboutband.htm#Abel">Mike Abel</a> - Keyboards<br/> <a href="http://www.thesoftparade.com/aboutband.htm#Bilotti">Joe Bilotti</a> - Guitars</p>
</blockquote>
<p>The Soft Parade was formed in 1990 by lead vocalist Joe Russo. His goal was to re-create - for today's audiences - the theatrical, poetic, primal atmosphere of a live Doors concert.<br/> <br/> He has succeeded. The Soft Parade stands as the most fascinating, convincing example of a tribute performance there could ever be. <br/> <br/> Seeing The Soft Parade is like reliving the legendary concerts Jim Morrison and The Doors performed over 30 years ago. The Soft Parade is internationally recognized

as one of the most authentic, realistic tribute bands working today. From the vintage musical instruments and sound equipment right down to stage clothing and hairstyles - watching The Soft Parade is as close to seeing the Doors as anyone can possibly get. <br/> <br/> The show is so hauntingly authentic that critics and fans continually use words like "eerie" and "chilling" to define the experience. The NEW YORK TIMES summed their impressions by saying, "The Soft Parade's show is so eerily convincing, often causing the audience to temporarily suspend it's disbelief".<br/> <br/> But the excitement of The Soft Parade must be seen. <br/> <br/> Photographs can only hint at the uncanny physical resemblance Joe Russo bears to Jim Morrison. The voice, the emotional abandon of his performance, the potent sexual charisma, is so genuine and intense that audiences are held spellbound. <br/> <br/> The Notion to create a band that eventually became The Soft Parade started as an idea Joe Russo had: "I saw it as a viable way to begin my career as a performer", he says. The eventual formation of The Soft Parade in 1990 was a culmination of several factors coming together at the right time. "I always knew I would become a performer and a singer. It was a desire and ambition I've had since I was a boy. I knew that performing the music of the Doors was something I could make successful. I decided to take my musical ambition and put it together with the affinity I had for the music of the Doors. I combined that with my natural similarities to Jim Morrison. Then I developed a concept for a show. It had to be something special, something that would do justice to the incredible power the Doors had on stage. "<br/> <br/> It is this focus, talent and expertise that has made The Soft Parade the number one Doors tribute in the world. And their success is not confined to the United States and Canada. They have toured in over 20 countries. They have an enormous following in Europe, particularly in Germany, Holland and France. They are also one of the only tribute bands to tour successfully in Israel. A highlight of their  trip to France was when original Doors' guitarist Robby Krieger joined the band on stage. Together they wowed a sold-out crowd of 2,000 Doors fans, many of whom surely felt as though they had been transported through some kind of time-warp.</p>

<p>The Soft Parade also has the distinction of being the only tribute show to be invited to perform at the 2003 Bonnaroo Festival and the Woodstock 25th Anniversary Festival in Bethel, New York. There, at the original site of the original 1969 Woodstock concert, the Soft Parade joined such luminaries as Mountain, Canned Heat, and Country Joe MacDonald. Following a set by the legendary Richie Havens, the Soft Parade took the stage and burned through a set that, according to the former Young Rascals member Eddie Brigati, "stole the show".</p>

<p><a name="Russo"></a>Fronting the Soft Parade is amazing lead singer Joe Russo. He looks Morrison. He moves Morrison. And most importantly, he sings Morrison. His dreamy yet menacing performance invokes a myriad of emotional shockwaves which he creates with the support of three astounding musicians.</p>

<p><a name="Roy"></a>Drummer Roy Weinberger pounds his Ludwig drums with the same unique, jazz- oriented stylings created by John Densmore.</p>

<p><a name="Abel"></a>Keyboardist Mike Abel, intensely hunched over his vintage Gibson keyboard and Fender piano bass, captures the fluid rhythms of Ray Manzare</p>

<p><a name="Bilotti"></a>Guitarist Joe Bilotti plays his Gibson SG, reproducing the same strange, unearthly sounds and unconventional style of Robby Krieger.</p>

<p>Together these musicians have captured the magic and majesty of a past era. They have mastered a repertoire of over 50 Doors classics. Wherever they perform, The Soft Parade draws massive audiences from the Doors' diverse worldwide following. When they play, something unique and entrancing starts to happen that draws crowds from all age groups that come to experience something many of them were too young to witness firsthand.</p>

<hr>

<a href="http://infinityhall.inticketing.com/events/446911" class="fancyButton" target="_blank">buy tickets <span>for this show ›</span></a>

<section class="relatedShows">

<h1>Other Shows you may be interested in:</h1>

<a href="/Events/tusk-the-ultimate-fleetwood-mac-tribute-12-6-2014/"><img src="/Customer-Content/www/Events/Images/Full/tusk.jpg" width="550" height="310" alt=""/> <span>Tusk - The Ultimate Fleetwood Mac Tribute</span> </a>

<a href="/Events/dave-mason39s-traffic-jam-10-10-2015/"><img src="/Customer-Content/www/Events/Images/Full/davetrafficjamweb2015.jpg" width="550" height="310" alt=""/> <span>Dave Mason's Traffic Jam</span> </a>

<a href="/Events/the-spirit-of-johnny-cash-1-17-2015/"><img src="/Customer-Content/www/Events/Images/Full/spiritofjohnnycashweb2013.jpg" width="550" height="310" alt=""/> <span>The Spirit of Johnny Cash</span> </a>

</section>

</div>

<aside>

<section class="bistrosCallout">

<h1>Infinity Bistros</h1>

<img src="/Customer-Content/www/CMS/images/callout-bistros.jpg" width="225" height="110" alt=""/>

<p>Enjoy dinner and a show at one of our locations.</p>

<p><a href="/Bistros/Make-Reservations/" class="button">reservations ›</a> <a href="/Bistros/Menus/" class="button">menus ›</a></p>

</section>

<section class="venueSeating norfolk">

<h1>Infinity Norfolk</h1>

<a href="/Venues/Infinity-Norfolk/Seating-Chart/" target="_blank"><img src="/images/norfolk-seating.jpg" width="505" height="800" alt="Norfolk Seating Chart"/></a>

</section>

</aside>

</div>

</main>

<footer>

<div class="fatFooter">

<nav>

<address>

<span class="contact">Contact</span>

<p><span>Box Office</span> (TOLL-FREE)<br>

1.866.666.6306<br>

Fax 860.542.5076<br>

<a href="mailto:boxoffice@infinityhall.com">boxoffice@infinityhall.com</a></p>

<p><span>Bistro Reservations</span><br>

860.542.5531 <span>NORFOLK</span><br>

860.560.7757 <span>HARTFORD</span></p>

<a href="http://www.ctvisit.com/" target="_blank"><img src="/images/footer-ct-logo@2x.png" width="120" height="30" alt="Connecticut"/></a>

<a href="http://www.ihlive.org/" target="_blank"><img src="/images/footer-infinityhalllive-logo.png" width="121" height="55" alt="Infinity Hall Live"/></a>

</address>

<div>

<h1>Get To Know Us</h1>

<ul><li><a href="/About/Policies-and-FAQs/" target="_self">Policies & FAQs</a></li><li><a href="/About/Gift-Cards/" target="_self">Gift Cards</a></li><li><a href="/About/Membership-Clubs/" target="_self">Stars Membership Clubs</a></li><li><a href="/About/For-Artists-Managers-and-Agents/" target="_self">For Artists, Managers, & Agents</a></li><li><a href="/About/For-Sponsors-and-Partners/" target="_self">For Sponsors & Partners</a></li><li><a href="/Careers/" target="_self">Job/Volunteer Opportunities</a></li><li><a href="/About/Media-Inquiries/" target="_self">Media Inquiries</a></li><li><a href="/News/" target="_self">Infinity in the News</a></li><li><a href="/About/Infinity-Hall-Live/" target="_self">Infinity Hall Live</a></li><li><a href="/PrivateEvents/" target="_self">Inquiry Form</a></li></ul>

</div>

<div>

<h1>Plan Your Visit</h1>

<ul><li><a href="/DrivingDirections/" target="_self">Driving Directions & Parking</a></li><li><a href="/Plan_Your_Visit/Area-Attractions/" target="_self">Area Attractions</a></li><li><a href="/Plan_Your_Visit/Where-to-Stay/" target="_self">Where to Stay</a></li><li><a href="/Bistros/Make-Reservations/" target="_self">Make Reservations</a></li></ul>

<span>Venue Info</span>

<ul><li><a href="/Venues/Infinity-Hartford/" target="_self">Infinity Hartford</a></li><li><a href="/Venues/Infinity-Norfolk/" target="_self">Infinity Norfolk</a></li></ul>

</div>

<section class="connected">

<h1>Connect With Us</h1>

<div class="social"><a href="https://www.facebook.com/InfinityHall" target="_blank" class="facebook"></a><a href="https://twitter.com/infinityhall" target="_blank" class="twitter"></a><a href="http://infinitymusichallblog.com/"

```
target="_blank" class="blog"></a><a href="http://www.youtube.com/user/InfinityHall" target="_blank" class="youtube"></a>
</div>
<section class="email">
<h1>Sign up for Emails</h1>
<p>We'll keep you informed about our<br>
new &amp; upcoming shows.</p>
<form action="/EmailSignup/default.aspx" method="get">
<table class="emailSignup">
<tr>
<td><input type="text" name="Email" placeholder="Email Address"></td>
<td><input type="image" id="emailButton" src="/images/email_arrow@2x.png" style="width:30px; height:30px;" alt="Email Signup"></td>
</tr>
</table>
</form>
</section>
<a href="/About/Membership-Clubs/" class="footerInfinityStar"><em>Become an Infinity</em>
STAR MEMBER &#8250;</a>
</section>
</nav>
</div>
<div class="footerBlack">
<div class="wrap">
<div id="web-solutions-exposure"><a href="https://www.websolutions.com/" target="_blank" title="CT Web Design and Development Company - Web Solutions Inc"><img src="/images/web_solutions_ct_web_design@2x.png" width="98" height="18" alt="CT Web Design and Development Company - Web Solutions Inc"/></a><a href="http://www.exposure.com/" target="_blank" title="CT SEO Company - Exposure Internet Marketing"><img src="/images/exposure_connecticut_internet_marketing_ct_seo_company@2x.png" width="68" height="18" alt="CT SEO Company - Exposure Internet Marketing"/></a></div>
<div>&copy; 2016 Infinity Music &amp; Entertainment Inc. All rights reserved. <nav class="dontPrint">
  &#149;  <a href="/Privacy-Policy/" target="_self">Privacy
Policy</a>  &#149;  <a href="/Terms-of-Use/" target="_self">Terms of
Use</a>  &#149;  <a href="/Site-Map/" target="_self">Site
Map</a>  &#149;  <a href="/m/gotoMobileSite.aspx?URL=%2fEvents%2fsoft-parade-the-world39s-1-doors-tribute-band-4-18-2015%2f">Mobile Site</a> </nav></div>
<div id="seoFooter">Soft Parade - The World&#39;s #1 Doors Tribute Band at Norfolk, CT on 4/18/2015</div>
</div>
</div>
</footer>
</body>
</html>
```