UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN PIERSON, | : | Case No.: 3:16-cv-01885-VLB |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| INFINITY MUSIC & ENTERTAINMENT, INC. | : | |
| | : | |
| Defendant. | : | AUGUST 18, 2017 |

## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(a), Defendant, Infinity Music & Entertainment, Inc. ("Infinity Music"), hereby moves for partial summary judgment and dismissal of Count Three of the Complaint of Plaintiff Kristen Pierson with prejudice. Infinity Music further seeks an award of its costs and reasonable attorney's fees in connection with this claim pursuant to 17 U.S.C. 1203(b)(4) and (5).

Infinity Music respectfully requests that the Court grant this motion, as the summary judgment record shows that there is no genuine issue of any material fact preventing judgment from entering as a matter of law in favor of Infinity Music on Plaintiff's claim for violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1202 ("DCMA").

In support of this motion, Infinity Music relies upon the following documents being filed herewith:

**ORAL ARGUMENT REQUESTED (L. Civ. R. 7(a)(1))**

16882798-v1

(1) Local Rule 56(A)(1) Statement by Infinity Music;

(2) Declaration of Robin Barrett in Support of Defendant's Motion for Partial Summary Judgment;

(3) Affidavit of Andrew DePeau in Support of Defendant's Motion for Partial Summary Judgment and Attached Exhibits; and

(3) Memorandum of Law in Support of Motion for Partial Summary Judgment.

As set forth more fully in the memorandum of law, Infinity Music is entitled to judgment as a matter of law on Plaintiff's claim for violation of the DMCA. Plaintiff claims that Infinity published and provided false "copyright management information" ("CMI") on its website falsely claiming that Infinity (and not Plaintiff) was the copyright owner of two images on Infinity's website. The allegedly false CMI on which Plaintiff bases her claim is the generic copyright notice in the bottom footer portion of each page of Infinity Music's website, which stated: "© 2016 Infinity Music & Entertainment Inc. All rights reserved."

Several district courts considering this issue have granted summary judgment or dismissed claims on the grounds that a generic copyright notice in a website footer does not meet the requirement under Section 1202 of the DMCA that the false CMI be "conveyed in connection with" the copyrighted material. Further, there is no evidence that Infinity Music posted this purportedly false CMI with the requisite knowledge or intent to "induce, enable, facilitate, or conceal infringement" in order to prove violation of Section 1202.

- 3 -

WHEREFORE, Infinity Music respectfully moves for partial summary judgment as to Count Three of Plaintiff's Complaint.

Dated:  August 18, 2017

                                              Respectfully submitted:

                                              By:  */s/ Benjamin C. Jensen*
                                                   Benjamin C. Jensen
                                                   Robinson & Cole LLP
                                                  280 Trumbull Street
                                                  Hartford, CT 06103-3597
                                                  Tel. No.: (860) 275-8200
                                                  Fax No.: (860) 275-8299
                                                  E-mail: *bjensen@rc.com*

                                              **ATTORNEYS FOR THE DEFENDANT INFINITY MUSIC & ENTERTAINMENT, INC.**

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2017 the foregoing was served upon counsel of record by electronic mail.

                                             */s/ Benjamin C. Jensen*
                                             Benjamin C. Jensen